UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DESTINY ARRINGTON,

    Defendant.
_____/

Case No. 20-cr-20453

Hon. Terrence G. Berg

## STIPULATION TO ADJOURN SENTENCING DATE

The United States of America and Defendant Destiny Arrington, through their respective counsel, stipulate and agree to the entry of an Order to continue Defendant's sentencing date, currently scheduled for June 23, 2022 at 2:00 p.m., to September 26, 2022 at 2:00 p.m., or as soon thereafter as the Court is available.

A proposed Order in accordance with this Stipulation is attached.

Respectfully Submitted,

| | |
|---|---|
| *s/ Kathleen Cooperstein* | *s/ Stefanie L. Lambert*  (with consent) |
| Kathleen Cooperstein | Stefanie L. Lambert |
| U.S. Department of Justice | Attorney for Defendant |
| Criminal Division, Fraud Section | 500 Griswold Street, Suite 2340 |
| 211 W. Fort Street, Suite 2001 | Detroit, MI 48226 |
| Detroit, Michigan 48226 | Phone: 313-963-4740 |
| Phone: (202) 957-2958 | attorneystefanielambert@gmail.com |
| Kathleen.Cooperstein@usdoj.gov | Counsel for Destiny Arrington |

Dated: June 7, 2022

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DESTINY ARRINGTON,

    Defendant.
_____/

Case No. 20-cr-20453

Hon. Terrence G. Berg

## **ORDER**

Upon review of the attached Stipulation, the Court finds that good cause has been shown and, therefore, it is

**HEREBY ORDERED** that Defendant's sentencing date shall be and is hereby continued to October 13, 2022 at 10:00 a.m.

/s/Terrence G. Berg
Hon. Terrence G. Berg
United States District Judge

Dated: June 16, 2022