UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

        Plaintiff,

v.

DESTINY ARRINGTON,

        Defendant.
_____/

Case No. 20-cr-20453

Hon. Terrence G. Berg

## STIPULATION TO ADJOURN SENTENCING DATE

The United States of America and Defendant Destiny Arrington, through their respective counsel, stipulate and agree to the entry of an Order to continue Defendant's sentencing date, currently scheduled for October 13, 2022 at 10:00 a.m., to January 11, 2023 at 10:00 a.m., or as soon thereafter as the Court is available.

A proposed Order in accordance with this Stipulation is attached.

Respectfully Submitted,

*s/ Kathleen Cooperstein*
Kathleen Cooperstein
U.S. Department of Justice
Criminal Division, Fraud Section
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226
Phone: (202) 957-2958
Kathleen.Cooperstein@usdoj.gov

*s/ Sanford A. Schulman* (with consent)
Sanford A. Schulman
Attorney for Defendant
500 Griswold Street, Suite 2340
Detroit, MI 48226
Phone: 313-963-4740
saschulman@comcast.net
Counsel for Destiny Arrington

Dated: September 30, 2022

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,                                Case No. 20-cr-20453

v.                                        Hon. Terrence G. Berg

DESTINY ARRINGTON,

    Defendant.

_____/

## ORDER

Upon review of the attached Stipulation, the Court finds that good cause has been shown and, therefore, it is

**HEREBY ORDERED** that Defendant's sentencing date shall be and is hereby continued to January 11, 2023 at 10:00 a.m.

                                                   s/Terrence G. Berg
                                                   Hon. Terrence G. Berg
                                                   United States District Judge

Dated: October 5, 2022